953  BEERS vs. CIRCUIT JUDGE (Wayne), Nos. 12667, 12803½.

To compel respondent to sign and settle a bill of exceptions.

Order to show cause denied April 5, 1892, and again June 7, 1892.

Upon the first application it was claimed that the bill presented had been agreed to by the attorneys, but the court stated that he desired to make some additions thereto. Upon the second application it was claimed that the court had interpolated certain matter in the bill and the same was not correctly or fairly stated.

954  CHAFFEE vs. CIRCUIT JUDGE (Ingham), No. 13201½.

To compel the settlement of a bill of exceptions.

Granted December 1, 1892, with costs.

955  TELLER vs. CIRCUIT JUDGE (Wayne), 11 M., 60.

To compel respondent to settle a bill of exceptions, in a case tried by the court without a jury, the settlement being resisted (1) upon the ground that the bill had not been prepared within the twenty days, which the court had first allowed, but after that time had expired the court made another order extending the time, and (2) because no written finding had been requested.

Granted December 2, 1862.